**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION**

| | | |
|---|---|---|
| In re: | § | Case No. 12-36559 |
| Scott Paul Viney | § | Chapter 7 |
| Debtor(s) | § | |

**NOTICE OF TRUSTEE'S FINAL REPORT AND
APPLICATIONS FOR COMPENSATION AND
DEADLINE TO OBJECT (NFR)**

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that Joji Takada, Trustee of the above captioned estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of the Court
219 South Dearborn
Chicago, Illinois

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 20 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.

A hearing on the fee applications and any objection to the Final Report will be held as follows:

Date: 9/27/2013
Time: 9:15 A.M.
Location: Joliet City Hall
Second Floor
150 West Jefferson Street
Joliet, Illinois

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 8/22/2013     By: /s/ Joji Takada
                                Trustee

Joji Takada
6336 North Cicero Avenue, Suite 201
Chicago, Illinois 60646
Tel: 773-790-4888

{00006453 / 2011 / 000 /}

UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In re: §
§
Scott Paul Viney § Case No. 12-36559
§
Debtor(s) §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---:|
| The Final Report shows receipts of | $ | 4,500.00 |
| and approved disbursements of | $ | 30.00 |
| leaving a balance on hand of[1] | $ | 4,470.00 |

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---:|---:|---:|
| Trustee Fees: Joji Takada | $ 1,125.00 | $ 0.00 | $ 1,125.00 |
| Trustee Expenses: Joji Takada | $ 9.20 | $ 0.00 | $ 9.20 |

| | |
|---|---:|
| Total to be paid for chapter 7 administrative expenses | $ 1,134.20 |
| Remaining Balance | $ 3,335.80 |

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

_____

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (5/1/2011) *(Page: 1)*

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 54,055.11 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 6.2 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | Advanta Bank Corporation | $ 6,150.09 | $ 0.00 | $ 379.53 |
| 2 | Main Street Acquisition Corp., Assignee | $ 8,524.04 | $ 0.00 | $ 526.03 |
| 3 | N. A. Capital One Bank (Usa) | $ 6,324.73 | $ 0.00 | $ 390.31 |
| 4 | Fsb American Express Bank | $ 22,157.43 | $ 0.00 | $ 1,367.36 |
| 5 | Fsb American Express Bank | $ 3,202.09 | $ 0.00 | $ 197.60 |
| 6 | N. A. Citibank | $ 7,696.73 | $ 0.00 | $ 474.97 |

Total to be paid to timely general unsecured creditors $ 3,335.80

Remaining Balance $ 0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: Joji Takada
Trustee

*Joji Takada, Chapter 7 Trustee*
*6336 North Cicero Avenue, Suite 201*
*Chicago, Illinois  60646*

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

United States Bankruptcy Court
Northern District of Illinois

In re:                                                                  Case No. 12-36559-BWB
Scott Paul Viney                                                        Chapter 7
        Debtor

# CERTIFICATE OF NOTICE

District/off: 0752-1          User: cgreen              Page 1 of 2           Date Rcvd: Aug 23, 2013
                              Form ID: pdf006           Total Noticed: 22

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Aug 25, 2013.
```
db         +Scott Paul Viney,    75 E Rickard Dr,    Oswego, IL 60543-9567
19440921    American Express,    Box 0001,    Los Angeles, CA 90096-8000
19916795    American Express Bank, FSB,    c o Becket and Lee LLP,    POB 3001,    Malvern, PA 19355-0701
19440922    Anesthesia Assoc,    Medial Business Bureau, LLC,    PO Box 1219,    Park Ridge, IL 60068-7219
19440923   +Blitt and Gaines PC,    661 W Glenn Ave,    Wheeling, IL 60090-6017
19440924    Capital One,    PO Box 30285,    Salt Lake City, UT 84130-0285
19819781    Capital One Bank (USA), N.A.,    by American InfoSource LP as agent,    PO Box 71083,
             Charlotte, NC 28272-1083
19440925    Chase Card Svcs,    PO Box 15298,    Wilmington, DE 19850-5298
19440926    Citi Business Card,    PO Box 6235,    Sioux Falls, SD 57117-6235
19948402   +Citibank, N.A.,    701 East 60th Street North,    Sioux Falls, SD 57104-0493
19440927    Dreyer Medical Clinic,    c/o Illinois Collection Svc, Inc,    PO Box 1010,
             Tinley Park, IL 60477-9110
19440929   +Kathy Viney,    1431 W Galena Blvd,    Aurora, IL 60506-3512
19783150    Main Street Acquisition Corp., assignee,    of DISCOVER BANK,    c o Becket and Lee LLP,    POB 3001,
             Malvern, PA 19355-0701
19440930   +Midwest Siding Supply,    1001 Aucutt Rd,    Montgomery, IL 60538-1122
19440931   +Paul Viney,    1431 W Galena Blvd,    Aurora, IL 60506-3512
19440933    RBS Citizens, NA,    PO Box 42002,    Providence, RI 02940-2002
20871329   +Wells Fargo Bank, N.A.,    C/O,    Pierce & Associates,    1 N. Dearborn Ste 1300,
             Chicago, IL 60602-4373
19440934   +Wells Fargo Home Mortgage,    PO Box 10335,    Des Moines, IA 50306-0335
```
Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
19732945    E-mail/Text: bkr@cardworks.com Aug 23 2013 20:09:26     Advanta Bank Corporation,
             Resurgent Capital Services,    PO Box 10368,   Greenville, SC 29603-0368
19440920   +E-mail/Text: bkr@cardworks.com Aug 23 2013 20:09:26     Advanta Credit Cards,    PO Box 9217,
             Old Bethpage, NY 11804-9017
19440928    E-mail/Text: collections@earthmovercu.com Aug 23 2013 20:10:46     Earthmover Credit Union,
             PO Box 2937,   Aurora, IL 60507-2937
19440932    E-mail/Text: clerical.department@yahoo.com Aug 23 2013 20:09:31     Provena Health,
             c/o Creditors Collection Bureau, In,    PO Box 63,   Kankakee, IL 60901-0063
                                                                                              TOTAL: 4
```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
```
19916796*    American Express Bank, FSB,   c o Becket and Lee LLP,   POB 3001,   Malvern, PA 19355-0701
                                                                                 TOTALS: 0, * 1, ## 0
```
Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Aug 25, 2013**           **Signature:**    _Joseph Speetjens_

```
District/off: 0752-1           User: cgreen              Page 2 of 2              Date Rcvd: Aug 23, 2013
                               Form ID: pdf006           Total Noticed: 22
```

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on August 22, 2013 at the address(es) listed below:

        Andrew J Nelson   on behalf of Creditor   Wells Fargo Bank, N.A. anelson@atty-pierce.com, northerndistrict@atty-pierce.com
        Christopher M Brown   on behalf of Creditor   Wells Fargo Bank, N.A. northerndistrict@atty-pierce.com, cbrown@atty-pierce.com
        G. Alexander McTavish   on behalf of Debtor Scott Paul Viney amctavish@fmcolaw.com
        Joji Takada   trustee@takadallc.com, jtakada@ecf.epiqsystems.com
        Patrick S Layng   USTPRegion11.ES.ECF@usdoj.gov

        TOTAL: 5

Case 12-36559    Doc 36    Filed 08/23/13    Entered 08/25/13 23:50:25    Desc Imaged
Certificate of Notice    Page 6 of 6