UNITED STATES BANKRUPTCY COURT
DISTRICT OF
DIVISION

In re: §
§
§
Scott Paul Viney § Case No. 12-36559
§
§
Debtor(s) §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

    Joji Takada, Chapter 7 Trustee    , chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

    1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

    2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

---

Assets Abandoned:                              Assets Exempt:
*(Without deducting any secured claims)*

Total Distributions to Claimants:              Claims Discharged
                                               Without Payment:

Total Expenses of Administration:

---

    3) Total gross receipts of $    (see **Exhibit 1**), minus funds paid to the debtor and third parties of $  (see **Exhibit 2**), yielded net receipts of $    from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ | $ | $ | $ |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) |  |  |  |  |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) |  |  |  |  |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) |  |  |  |  |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) |  |  |  |  |
| TOTAL DISBURSEMENTS | $ | $ | $ | $ |

    4)  This case was originally filed under chapter   on              . The case was pending for    months.

    5)  All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

    6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**.  The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

    Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

    Dated: _____    By:/s/Joji Takada, Chapter 7 Trustee_____
                                                                       Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
|  |  |  |
| **TOTAL GROSS RECEIPTS** |  | $ |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA |  |  |  |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** |  |  | $ |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
|  | RBS Citizens, NA PO Box 42002 Providence, RI 02940-2002 |  |  |  |  |  |
|  | Wells Fargo Home Mortgage PO Box 10335 Des Moines, IA 50306 |  |  |  |  |  |
| **TOTAL SECURED CLAIMS** |  |  | $ | $ | $ | $ |

### EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Joji Takada | | | | | |
| Joji Takada | | | | | |
| The Bank of New York Mellon | | | | | |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA | | | | | |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ | $ | $ | $ |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NA | NA | | | | | |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ | $ | $ | $ |

EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Advanta Credit Cards PO Box 9217 Old Bethpage, NY 11804 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | American Express Box 0001 Los Angeles, CA 90096-8000 | | | | | |
| | Anesthesia Assoc Medial Business Bureau, LLC PO Box 1219 Park Ridge, IL 60068-7219 | | | | | |
| | Capital One PO Box 30285 Salt Lake City, UT 84130-0285 | | | | | |
| | Chase Card Svcs PO Box 15298 Wilmington, DE 19850-5298 | | | | | |
| | Citi Business Card PO Box 6235 Sioux Falls, SD 57117-6235 | | | | | |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Dreyer Medical Clinic c/o Illinois Collection Svc, Inc PO Box 1010 Tinley Park, IL 60477-9110 | | | | | |
| | Earthmover Credit Union PO Box 2937 Aurora, IL 60507-2937 | | | | | |
| | Midwest Siding Supply 1001 Aucutt Rd Montgomery, IL 60538 | | | | | |
| | Provena Health c/o Creditors Collection Bureau, In PO Box 63 Kankakee, IL 60901-0063 | | | | | |
| 1 | Advanta Bank Corporation | | | | | |
| 4 | Fsb American Express Bank | | | | | |
| 5 | Fsb American Express Bank | | | | | |
| 2 | Main Street Acquisition Corp., Assignee | | | | | |
| 3 | N. A. Capital One Bank (Usa) | | | | | |
| 6 | N. A. Citibank | | | | | |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $ | $ | $ | $ |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

| Case No: | 12-36559 | BWB | Judge: | Bruce W. Black | Trustee Name: | Joji Takada, Chapter 7 Trustee |
|---|---|---|---|---|---|---|
| Case Name: | Scott Paul Viney | | | | Date Filed (f) or Converted (c): | 09/14/2012 (f) |
| | | | | | 341(a) Meeting Date: | 10/15/2012 |
| For Period Ending: | 01/29/2014 | | | | Claims Bar Date: | 02/20/2013 |

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. Personal Residence 75 E Rickard Dr Oswego, Il 60543 | 107,000.00 | 0.00 | | 0.00 | FA |
| 2. Cash | 50.00 | 0.00 | | 0.00 | FA |
| 3. Business Checking Account No Xx03-75 Earthmover Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 4. Business Savings Account No Xx03-01 Earthmover Credit Union | 0.00 | 0.00 | | 0.00 | FA |
| 5. Joint Checking Account No Xx04-75 Earthmover Credit Union 21 | 0.00 | 0.00 | | 0.00 | FA |
| 6. Joint Savings Account No Xx04-01 Earthmover Credit Union 219 | 0.00 | 0.00 | | 0.00 | FA |
| 7. Checking Account Allied First Bank 3201 Orchard Road Oswego, | 642.50 | 0.00 | | 0.00 | FA |
| 8. Business Checking Account Allied First Bank 3201 Orchard Rd | 1,475.00 | 0.00 | | 0.00 | FA |
| 9. Miscellaneous Furniture And Furnishings | 500.00 | 0.00 | | 0.00 | FA |
| 10. Miscellaneous Clothing | 500.00 | 0.00 | | 0.00 | FA |
| 11. Account Due From Customer - Payment Doubtful | 7,999.00 | 6,666.50 | | 0.00 | FA |
| 12. 2008 Nissan Titan Pickup Truck - 69800 Miles | 12,300.00 | 0.00 | | 0.00 | FA |
| 13. Old Computer And Printer/Fax | 50.00 | 50.00 | | 0.00 | FA |
| 14. Tools Of The Trade | 500.00 | 0.00 | | 0.00 | FA |
| INT. Post-Petition Interest Deposits (u) | Unknown | N/A | | 0.00 | Unknown |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)         $131,016.50         $6,716.50         $0.00         $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

**UST Form 101-7-TDR (5/1/2011)** *(Page: 7)*

Settled outstanding accounts receivable with payee; Final report filed; Final distribution made; To file TDR.

Exhibit 8

| | | | |
|---|---|---|---|
| RE PROP # | 11 | -- | Settled account with Customer for $4500. |
| RE PROP # | 13 | -- | Inconsequential value/benefit to estate |

Initial Projected Date of Final Report (TFR): 11/19/2014       Current Projected Date of Final Report (TFR): 11/19/2014

UST Form 101-7-TDR (5/1/2011) *(Page: 8)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| Case No: | 12-36559 | Trustee Name: | Joji Takada, Chapter 7 Trustee |
| --- | --- | --- | --- |
| Case Name: | Scott Paul Viney | Bank Name: | Congressional Bank |
|  |  | Account Number/CD#: | XXXXXX9132 |
|  |  |  | Checking Account |
| Taxpayer ID No: | XX-XXX9646 | Blanket Bond (per case limit): |  |
| For Period Ending: | 01/29/2014 | Separate Bond (if applicable): |  |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
| --- | --- | --- | --- | --- | --- | --- |
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 11/19/12 |  | Greenstone Enterprises, Inc.<br>103 Kensington Place<br>Saint Charles, Illinois 60175 | Accounts Receiveable | 1221-000 | $2,000.00 |  | $2,000.00 |
| 12/14/12 |  | Greenstone Enterprises Inc.<br>103 Kensington Place<br>St. Charles, Illinois 60175 | Settlement funds | 1221-000 | $2,500.00 |  | $4,500.00 |
| 02/12/13 |  | Transfer to Acct # xxxxxx8920 | Transfer of Funds | 9999-000 |  | $4,500.00 | $0.00 |

|  |  |  |
| --- | --- | --- |
| COLUMN TOTALS | $4,500.00 | $4,500.00 |
| Less: Bank Transfers/CD's | $0.00 | $4,500.00 |
| Subtotal | $4,500.00 | $0.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $4,500.00 | $0.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 9)*

Page Subtotals: $4,500.00 $4,500.00

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | | |
|---|---|---|
| Case No: 12-36559 | Trustee Name: Joji Takada, Chapter 7 Trustee | |
| Case Name: Scott Paul Viney | Bank Name: The Bank of New York Mellon | |
| | Account Number/CD#: XXXXXX8920 | |
| | Checking | |
| Taxpayer ID No: XX-XXX9646 | Blanket Bond (per case limit): | |
| For Period Ending: 01/29/2014 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 02/12/13 | | Transfer from Acct # xxxxxx9132 | Transfer of Funds | 9999-000 | $4,500.00 | | $4,500.00 |
| 03/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $3.67 | $4,496.33 |
| 03/11/13 | | The Bank of New York Mellon<br>500 Ross Street<br>Suite 154-0510<br>Pittsburgh, PA 15262 | Bank and Technology Services Fee Adjustment | 2600-000 | | $6.33 | $4,490.00 |
| 04/05/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,480.00 |
| 05/07/13 | | The Bank of New York Mellon | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $4,470.00 |
| 10/01/13 | 100001 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2100-000 | | $1,125.00 | $3,345.00 |
| 10/01/13 | 100002 | Joji Takada<br>6336 North Cicero Avenue<br>Chicago, IL 60646 | Final distribution per court order. | 2200-000 | | $9.20 | $3,335.80 |
| 10/01/13 | 100003 | Advanta Bank Corporation<br>Resurgent Capital Services<br>Po Box 10368<br>Greenville, Sc 29603-0368 | Final distribution per court order. | 7100-000 | | $379.53 | $2,956.27 |
| 10/01/13 | 100004 | Main Street Acquisition Corp., Assignee Of Discover Bank<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $526.03 | $2,430.24 |
| 10/01/13 | 100005 | N. A. Capital One Bank (Usa)<br>Capital One Bank (Usa), N.A.<br>By American Infosource Lp As Agent<br>Po Box 71083<br>Charlotte, Nc 28272-1083 | Final distribution per court order. | 7100-000 | | $390.31 | $2,039.93 |

Page Subtotals: $4,500.00 $2,460.07

UST Form 101-7-TDR (5/1/2011) *(Page: 10)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 12-36559  
Case Name: Scott Paul Viney  
Taxpayer ID No: XX-XXX9646  
For Period Ending: 01/29/2014  

Trustee Name: Joji Takada, Chapter 7 Trustee  
Bank Name: The Bank of New York Mellon  
Account Number/CD#: XXXXXX8920  
Checking  
Blanket Bond (per case limit):  
Separate Bond (if applicable):  

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/01/13 | 100006 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $1,367.36 | $672.57 |
| 10/01/13 | 100007 | Fsb American Express Bank<br>American Express Bank, Fsb<br>C O Becket And Lee Llp<br>Pob 3001<br>Malvern, Pa 19355-0701 | Final distribution per court order. | 7100-000 | | $197.60 | $474.97 |
| 10/01/13 | 100008 | N. A. Citibank<br>Citibank, N.A.<br>701 East 60Th Street North<br>Sioux Falls, Sd 57117 | Final distribution per court order. | 7100-000 | | $474.97 | $0.00 |

|  |  |  |
|---|---:|---:|
| COLUMN TOTALS | $4,500.00 | $4,500.00 |
| Less: Bank Transfers/CD's | $4,500.00 | $0.00 |
| Subtotal | $0.00 | $4,500.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $0.00 | $4,500.00 |

UST Form 101-7-TDR (5/1/2011) *(Page: 11)*

Page Subtotals: $0.00 $2,039.93

Exhibit 9

TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---:|---:|---:|
| XXXXXX8920 - Checking | $0.00 | $4,500.00 | $0.00 |
| XXXXXX9132 - Checking Account | $4,500.00 | $0.00 | $0.00 |
| | $4,500.00 | $4,500.00 | $0.00 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---:|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $4,500.00 |
| Total Gross Receipts: | $4,500.00 |

Page Subtotals: $0.00 $0.00